UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
(SOUTHERN DIVISION)

**FILED**
MAR 3 0 2015
CLERK'S OFFICE
U.S. DISTRICT COURT
EASTERN MICHIGAN

TBF FINANCIAL, LLC,
an Illinois limited liability company,

        Plaintiff,

vs.

MARC DROUILLARD, an individual,
and EXECUTIVE INSTALLATIONS, INC., a
Michigan corporation, jointly and severally,

        Defendants.

Case No. 2:14-CV-11495
Hon. George Caram Steeh
Mag. David R. Grand

_____/

PLUNKETT COONEY
Douglas C. Bernstein (P33833)
Patrick C. Lannen (P73031)
Attorneys for Plaintiff
38505 Woodward Avenue, Suite 2000
Bloomfield Hills, MI 48304
(248) 901-4091; (248) 901-4027
(248) 901-4040 (Fax)
dbernstein@plunkettcooney.com
plannen@plunkettcooney.com
_____/

**DEFAULT JUDGMENT**

This matter comes before the court on application by Plaintiff, TBF Financial, LLC ("TBF"), for entry of a default Judgment, and the court being duly advised in the premises and finding entry of this Order appropriate under the circumstances,

NOW, THEREFORE, JUDGMENT IS ENTERED in favor of TBF and against defendants Marc Drouillard ("Drouillard") and Executive Installations, Inc. ("Executive", and collectively with Drouillard, the "Defendants"), jointly and severally, in the sum certain of $287,093.64, as of October 3, 2013, plus interest as has accrued under the terms of the loan instruments.

IT IS SO ORDERED. This is a final Order that resolves the last pending claim and closes the case.

_____
United States District Judge

Dated: ~~January 23, 2015~~
MAR 3 0 2015

~~Open.22772.32770.15010107-1~~

2