UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
(SOUTHERN DIVISION)

| | |
|---|---|
| TBF FINANCIAL, LLC,<br>an Illinois limited liability company,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>MARC DROUILLARD, an individual,<br>and EXECUTIVE INSTALLATIONS, INC., a<br>Michigan corporation, jointly and severally,<br><br>　　　　Defendants. | Case No. 2:14-CV-11495<br>Hon. George Caram Steeh<br>Mag. David R. Grand |

_____/

| | |
|---|---|
| PLUNKETT COONEY<br>Douglas C. Bernstein (P33833)<br>Patrick C. Lannen (P73031)<br>Attorneys for Plaintiff<br>38505 Woodward Avenue, Suite 2000<br>Bloomfield Hills, MI 48304<br>(248) 901-4091; (248) 901-4027<br>(248) 901-4040 (Fax)<br>dbernstein@plunkettcooney.com<br>plannen@plunkettcooney.com | MILLER CANFIELD<br>Heather M. Olson (P68632)<br>Attorney for Receiver<br>840 W. Long Lake Road<br>Troy, MI 48098-6358<br>(248) 267-3277<br>olsonh@millercanfield.com<br><br>M. Shapiro Real Estate Group<br>Court Appointed Receiver<br>Mark S. Kassab<br>31550 Northwestern Highway #220<br>Farmington Hills, MI 48334<br>(248) 865-0066<br>mkassab@mshapirorealestate.com |

_____/

**ORDER AUTHORIZING DISBURSEMENT**

This matter having come before the Court on motion by TBF Financial, LLC, an Illinois limited liability company ("TBF"), for disbursement, and the Court, after having reviewed the papers filed, and otherwise being fully informed in the premises, and finding that good cause exists, grants the relief sought, as follows,

**NOW, THEREFORE, IT IS ORDERED THAT:**

M. Shapiro Real Estate Group c/o Mark S. Kassab, the Court appointed Receiver (the "Receiver") over certain real property commonly known as 1225 East Third Street, Monroe, Michigan 48161 (the "Property"), is authorized, directly, or in connection with First American Title Insurance Company, to distribute to TBF the "Net Proceeds of Sale" as defined in the September 22, 2015 Receivership Order in this case (Dkt. No. 21) based on the Receiver's sale of the Property.  If First American Title Insurance Company is holding the "Net Proceeds of Sale" as defined in the September 22, 2015 Receivership Order in this case (Dkt. No. 21) based on the Receiver's sale of the Property, then it is ordered to disburse them to TBF.

IT IS SO ORDERED.

s/George Caram Steeh
United States District Judge

Dated:  February 7, 2017

**Approved as to form:**

/s/ Patrick C. Lannen
Patrick C. Lannen (P73031)
Attorney for TBF

/s/ Heather M. Olson
Heather M. Olson (P68632)
Attorney for Receiver